# No. 24-1942

## IN THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

_____

John M. Kluge,

                *Plaintiff-Appellant,*

v.

Brownsburg Community School Corporation,

                *Defendant-Appellee.*

_____

On Appeal from the United States District Court
for the Southern District of Indiana
Case No. 1:19-cv-02462-JMS-KMB

_____

## MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* OF THE FOUNDATION FOR MORAL LAW IN SUPPORT OF APPELLANT

_____

                                        John Eidsmoe*
                                        **Counsel of Record*
                                        Talmadge Butts
                                        FOUNDATION FOR MORAL LAW
                                        P.O. Box 148
                                        Gallant, AL 35972
                                        (334) 262-1245
                                        eidsmoeja@juno.com
                                        talmadge@morallaw.org

June 17th, A.D. 2024               Counsel for *Amicus Curiae*

## MOTION FOR LEAVE TO FILE *AMICUS* BRIEF

**COMES NOW** *amicus curiae* Foundation for Moral Law, a non-profit, non-partisan public interest organization dedicated to the defense of constitutional liberties and to the strict interpretation of the Constitution as intended by its Framers, and hereby respectfully moves that this Court grant *amicus* permission to file a brief in support of Appellants. *Amicus* believes that this brief will be helpful to the Court in deciding this case because it discusses relevant history regarding the Founders' understanding of the First Amendment.

**WHEREFORE** *amicus* respectfully moves and requests this Court's permission to file an *amicus curiae* brief.

> John Eidsmoe*
> **Counsel of Record*
> FOUNDATION FOR MORAL LAW
> P.O. Box 148
> Gallant, AL 35972
> (334) 262-1245
> eidsmoeja@juno.com
> talmadge@morallaw.org