

<u>***Via ECF Filing***</u>

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinney Dirksen United States Courthouse
219 South Dearborn Street
Room 2722
Chicago, Illinois 60604

    **Re:    Plaintiff's Counsel's Unavailability for Oral Argument in 2024**
              *Kluge v. Brownsburg Cmty. Sch. Corp.,* **Appeal No. 24-1942**

Dear Sir or Ma'am,

    Plaintiff's counsel is unavailable for oral argument in this matter on the following dates in 2024:

- September 24–25, 2024, and
- October 21–25, 2024.

    Should the Court seek to schedule oral arguments in this case during 2025, I would be happy to provide additional dates of unavailability to assist in scheduling this matter.

    Sincerely,

    David A. Cortman
    Senior Counsel
    ALLIANCE DEFENDING FREEDOM

1000 Hurricane Shoals Rd. N.E. Suite D-1100, Lawrenceville GA 30043
Phone: 800.835.5233   Fax: 770.339.6744   AllianceDefendingFreedom.org