# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 5, 2025

Before
ILANA DIAMOND ROVNER, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 24-1942 | JOHN M. KLUGE,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>BROWNSBURG COMMUNITY SCHOOL CORPORATION,<br>　　　　Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-02462-JMS-KMB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane Magnus-Stinson ||

The judgment of the District Court is **AFFIRMED** in part, **REVERSED** in part, and this case is **REMANDED** in accordance with the decision of this court entered on this date. Each side should bear their own costs.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)