# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 7, 2025

*Before*

MICHAEL B. BRENNAN, *Chief Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 24-1942 | |
| JOHN M. KLUGE,<br>　　　*Plaintiff-Appellant*,<br><br>　　v.<br><br>BROWNSBURG COMMUNITY SCHOOL CORPORATION,<br>　　　*Defendant-Appellee*. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:19-cv-02462-JMS-KMB<br><br>Jane Magnus-Stinson,<br>*Judge.* |

O R D E R

　　On consideration of the petition for rehearing and for rehearing en banc filed by Defendant-Appellee on August 22, 2025, no judge in active service has requested a vote on the petition for rehearing en banc,* and the judges on the original panel have voted to deny rehearing.

　　Accordingly, the petition for rehearing is DENIED.

---

* Circuit Judge Pryor did not participate in the consideration of this petition.